Prob 12
(D/VT Rev. 12/04)

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 NOV -2 PM 4: 12

CLERK

BY ͟͟͟͟ʟᴀᴡ͟͟͟͟
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## For The
## DISTRICT OF VERMONT

U.S.A. vs. Jerimiah Durfee              Docket No.1:09CR00064 11

### Petition on Probation and Supervised Release

COMES NOW PARISH GIBSON, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Jerimiah Durfee</u>, who was placed on supervision by the Honorable Christina Reiss sitting in the Court at Rutland, on the 12 day of September, 2011, who fixed the period of supervision at <u>3 years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

   a. The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The defendant shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third party payment. The defendant shall refrain from the use of alcohol and other intoxicants during and after treatment.

   b. The defendant shall submit their person, and any property, house, residence, vehicle, papers, effects, computer, electronic communications devices, and any data storage devices or media, to search at any time, with or without a warrant, by any federal probation officer, or any other law enforcement officer from whom the Probation Office has requested assistance, with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the defendant. Any items seized may be removed to the Probation Office or to the office of their designee for a more thorough examination.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(if short insert here; if lengthy write on separate sheet and attach)

1) **The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. (Mandatory Condition 6).**

   In or about September and October 2016, the defendant failed to notify the probation officer of his change in address and employment, as evidenced by his admission to the probation officer.

2) **The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The**

defendant shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third party payment. The defendant shall refrain from the use of alcohol and other intoxicants during and after treatment. (Special Condition).

In or about September and October 2016, the defendant failed to participate in an approved substance abuse treatment program when he failed to report for drug testing on multiple dates, failed to participate in Suboxone maintenance and corresponding counseling without notifying the probation officer and used buprenorphine illicitly.

PRAYING THAT THE COURT WILL ORDER the issuance of a summons to bring Durfee before this Court to show cause why his supervised release should not be revoked.

ORDER OF COURT

Considered and ordered this __2nd__ day of __November__, 20__16__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 1, 2016

_____
Parish J. Gibson
U.S. Probation Officer
Place: Burlington

Date: November 1, 2016