NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.    Case No: 1:09cr64-11

JERIMIAH JOEL DURFEE

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Tuesday, November 29, 2016, at Burlington, Vermont before the Honorable John M. Conroy, Magistrate Judge, for an Initial Revocation Hearing.

| | |
|---|---|
| Location: Courtroom 440 | JEFFREY S. EATON, Clerk |
| Date of Notice: 11/7/2016 | By /s/Jeffrey J. Jarvis |
| | Deputy Clerk |

TO:
Jonathan Ophardt , AUSA

Wayne R. Young , Esq.

Summons Issued